**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sal Careaga, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>GoDaddy.com LLC,<br><br>　　　　　　　　Defendant. | No. CV-15-01282-PHX-GMS<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

　　　　Pursuant to the parties' Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal (Doc. 37), and good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the parties' settlement is approved, based on the terms set forth in the parties' Settlement Agreement and Release of Claims, the Court finding that the settlement is a fair and reasonable resolution of a bona fide dispute, *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982);

　　　　**IT IS FURTHER ORDERED** dismissing, with prejudice, all claims of Plaintiffs Amanda Baldwin, Joshua Ross, Kerri Orndoff, Katherine Vega, Mitchell Jenkins, Ronald Pearl, Sal Careaga, Shelbie Garner, Josh Berry, Ian Schnack, Ian Kelman, Christina Allen, Dustin Mitchell; and

*/ / /*

**IT IS FURTHER ORDERED** dismissing, without prejudice, all claims on behalf of the proposed class described in the Complaint (and amendments thereto).

Dated this 7th day of April, 2016.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge

- 2 -